670 A.2d 1059

ALBERT PINELLI v. DOROTHY PINELLI.

January 12, 1996.

## ORDER

This matter having come before the Court on a claim of an appeal as of right based on *Rule* 2:2–1(a)(1), and the Court having reviewed the submissions of the parties, and good cause appearing;

It is ORDERED that the appeal is dismissed for failure to state a substantial constitutional question. See *Tidewater Oil Co. v. Mayor and Council of Carteret*, 44 *N.J.* 338, 341–342, 209 *A*.2d 105 (1965); *Piscataway Assoc., Inc. v. Township of Piscataway*, 73 *N.J.* 546, 549, 376 *A*.2d 527 (1977).